TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00423-CR

Hope Michele Ransom, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 48,493, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

PER CURIAM

Appellant's motions to dismiss this appeal and to expedite the mandate are granted. 
See Tex. R. App. P. 18.1(c), 42.2(a). The appeal is dismissed.

Before Chief Justice Aboussie, Justices Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: December 10, 1998

Do Not Publish